## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.                                                    CASE NO. 8:06-CR-464-T-17

TERRY LYNN EADY

_____/

## <u>ORDER</u>

     This cause comes before the Court on the *sua sponte* direction to address the question of modification of sentence, based on the retroactive application of revised cocaine base sentencing guidelines (Docket No. 529).  The Court appointed counsel in this case and required responses from the United States Probation Office, the government, and the defendant through his appointed counsel.  The Court has received and reviewed the responses (Docket Nos. 562 and 570 and Probation's Retroactive Crack Cocaine Amendment Eligibility Assessment).  The government and probation agree that the defendant is not eligible for a reduction in sentence based on the amended guidelines.  The defense argues for a reduction.  The Court finds the responses of the government and probation persuasive and specifically incorporates them by reference herein.  Accordingly, it is.

     **ORDERED** that defendant's motion for modification of sentence, the requested modification was based on the retroactive application of revised cocaine base sentencing guidelines (Docket No. 529) be **denied**.

     **DONE AND ORDERED** in Chambers in Tampa, Florida this 8th day of July, 2009.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record